FILED

04/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0061

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0061

_____

SOUTHWEST DISTRIBUTING CO.,
d/b/a SWD URETHANE,

      Petitioner,

      v.

MONTANA NINETEENTH JUDICIAL
DISTRICT COURT, LINCOLN COUNTY,
HON. MATTHEW J. CUFFE, Presiding Judge,

      Respondent.

O R D E R

_____

Petitioner Southwest Distributing Co., d/b/a SWD Urethane (Southwest) seeks a writ of supervisory control over the Montana Nineteenth Judicial District Court in Cause No. DV-22-72 to reverse that court's November 21, 2023 Opinion and Order Re: Motion to Dismiss for Lack of Personal Jurisdiction that denied Southwest's motion to dismiss. Southwest maintains the District Court erred in concluding it could exercise personal jurisdiction over Southwest pursuant to M. R. Civ. P. 4(b)(1). At our invitation, North Idaho Insulation, LLC (NII), one of the defendants and third-party plaintiffs in the case below, responded in opposition to Southwest's petition.

M. R. App. P. 14(7)(b) allows this Court to order more extensive briefing. Under M. R. App. P. 14(7)(a), the petitioner may not file a response brief except on order of this Court. In this case, the Court has determined that a reply brief is warranted.

IT IS THEREFORE ORDERED that Petitioner Southwest Distributing Co. shall have to and including May 8, 2024, to prepare, file, and serve a reply brief. The text of the reply brief shall not exceed 2,000 words.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Nineteenth Judicial District Court Cause No. DV-22-72, and to the Honorable Matthew J. Cuffe, presiding District Judge.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
April 24 2024